DESPEAUX et al. v. PENNSYLVANIA R. CO.

(Circuit Court, E. D. Pennsylvania. August 2, 1906.)

No. 44.

DEPOSITIONS—ACTIONS AT LAW—RULES OF COURT.

Rule 7, § 4, of the rules of the Circuit Court of the United States for the Eastern District of Pennsylvania, which provides that "on all motions or rules to show cause on the hearing of which facts are to be investigated, the testimony of witnesses shall be taken by deposition in writing, * * * and no witness shall be examined at the bar unless by special previous order of the court," prescribes a mode of practice which it was within the power of the court to adopt, and a witness may lawfully be subpœnaed to give testimony by deposition to be used on such a hearing in an action at law.

[Ed. Note.—For cases in point, see vol. 16, Cent. Dig. Depositions, § 125.]

On Rule to Set Aside Subpœna.

James W. M. Newlin, for plaintiffs.

John Hampton Barnes, for defendant.

HOLLAND, District Judge. After a careful review of the cases cited by counsel and other authorities which the court could find, we are of opinion that the case of Bank v. Lyons (C. C.) 134 Fed. 510, was propertly decided, and that the facts upon which the present rule was granted are on all fours with those in Bank v. Lyons, supra. The subpœna was properly issued, and the witnesses should appear and answer such questions as pertain to the existence of the books and papers called for and which the answer states have been destroyed. This is the only question about which the witnesses can be interrogated.

Rule to show cause why the subpœna should not be set aside is dismissed.